1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9    HAI VINH VO,

10                          Plaintiff,

11        v.

12    CAROLYN W. COLVIN,

13                          Defendant.

CASE NO. C16-0488JLR

ORDER ADOPTING REPORT
AND RECOMMENDATION

14        This matter comes before the court on the report and recommendation of United

15    States Magistrate Judge Brian A. Tsuchida (R&R (Dkt. # 18)) and Plaintiff Hai Vinh

16    Vo's objections thereto and motion for oral argument (Obj. (Dkt. # 19)).  Having

17    reviewed the foregoing documents, along with all other relevant documents and the

18    applicable law, the court DENIES Mr. Vo's motion for oral argument, ADOPTS the

19    report and recommendation, AFFIRMS Defendant Commissioner Carolyn W. Colvin's

20    final decision, and DISMISSES this case with prejudice.

21                          **I.    BACKGROUND**

22        Mr. Vo applied for and was denied disability insurance benefits.  (*See*

23

Administrative Record ("AR") (Dkt. # 11) at 13.)  After his application was denied, he

requested a hearing before an administrative law judge ("ALJ") .  (*Id.*)  The ALJ

conducted a hearing and found that Mr. Vo was not disabled.  (*See id*. at 13-25.)  Mr. Vo

sought review of that decision within the agency, and the Appeals Council denied his

request for review.  (*See id*. at 1-7.)  He then appealed to this court.  (*See* Compl. (Dkt.

# 1).)  Magistrate Judge Tsuchida issued a report and recommendation, in which

Magistrate Judge Tsuchida recommends that this court affirm the ALJ's decision and

dismiss the case with prejudice.  (*See* R&R.)

## II.     STANDARD OF REVIEW

A district court has jurisdiction to review a magistrate judge's report and

recommendation on dispositive matters.  *See* Fed. R. Civ. P. 72(b).  "The district judge

must determine de novo any part of the magistrate judge's disposition that has been

properly objected to."  *Id*.  "A judge of the court may accept, reject, or modify, in whole

or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C.

§ 636(b)(1).  The court reviews de novo those portions of the report and recommendation

to which specific written objection is made.  *United States v. Reyna-Tapia*, 328 F.3d

1114, 1121 (9th Cir. 2003) (en banc).

## III.     DISCUSSION

Mr. Vo argues that Magistrate Judge Tsuchida incorrectly found Mr. Vo to be

capable of performing work as an assembler.  (*See* Obj. at 1-8.)  Specifically, Mr. Vo

argues that the ALJ did not account for the testimony and analysis of vocational expert

John Berg.  (*See id.*)  This argument simply repeats one of the arguments Mr. Vo made in his briefing to Magistrate Judge Tsuchida.  (*See* Op. Br. (Dkt. # 13) at 6-7, 11, 13.) Magistrate Judge Tsuchida noted that the ALJ accounted for Mr. Berg's opinion and found that it should be given very little weight.  (*See* R&R at 8 (*citing* AR at 24).)  The ALJ gave Mr. Berg's opinion little weight because Mr. Berg did not consider all of the medical evidence and therefore determined that Mr. Vo was unable to perform work as an assembler based on a different residual functional capacity than that assessed by the ALJ.  (*See* AR at 24.)  Magistrate Judge Tsuchida found that the ALJ's finding was supported by substantial evidence and that Mr. Vo did not meet his burden of proving harmful error.  (*See* R&R at 8-9.)  The court has examined the record and finds Magistrate Judge Tsuchida's reasoning persuasive.

Mr. Vo also moves for oral argument.  (*See* Mot. (Dkt. # 19-1) at 1.)  Because Mr. Vo simply raises arguments in his objections that were already made in his briefing to Magistrate Judge Tsuchida, the court finds no reason to depart from the court's normal practice the issues on the pleadings.  *See* Local Civil Rule 7(b)(4).

### IV.    CONCLUSION

For the foregoing reasons, the court hereby ORDERS as follows:

(1)     The court DENIES the motion for oral argument;

(2)     The court ADOPTS the report and recommendation;

(3)     The court AFFIRMS the Commissioner's final decision and DISMISSES this case with prejudice; and

1          (4)     The clerk shall direct copies of this Order to all counsel of record and to

2    Magistrate Judge Tsuchida.

3          DATED this 28th day of October, 2016.

4

5

6          _____

7          JAMES L. ROBART
           United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER ADOPTING REPORT AND RECOMMENDATION - 4